IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

___SEE COMPLAINT___

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

RCVD - USDC - CHAS, SC
2026 JAN 12 PM 1:41

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: PHILLIP MAURICE HICKS
Street Address: 303 4TH AVENUE
City and County: MT. PLEASANT, SC (CHARLESTON CTY)
State and Zip Code: SOUTH CAROLINA 29464
Telephone Number: 854 858 4042

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: BERKELEY COUNTY
Job or Title (if known):
Street Address: 1003 HWY 52
City and County: MONCKS CORNER (BERKELEY)
State and Zip Code: SOUTH CAROLINA 29461
Telephone Number: 843 719 4234

Defendant No. 2

Name: CITY OF CHARLESTON
Job or Title (if known):
Street Address: 80 BROAD STREET
City and County: CHARLESTON (CHARLESTON)
State and Zip Code: SOUTH CAROLINA 29401
Telephone Number: 843 724 7311

Defendant No. 3

Name: RITA HAMMOND

2

|  |  |
|---|---|
| Job or Title (if known) | |
| Street Address | 108 ANTILLES CIRCLE |
| City and County | DANIEL ISLAND (BERKELEY) |
| State and Zip Code | SOUTH CAROLINA, 29492 |
| Telephone Number | 843 881 4626 |

Defendant No. 4

|  |  |
|---|---|
| Name | KELSEY GASTON |
| Job or Title (if known) | |
| Street Address | 165 KING GEORGE |
| City and County | DANIEL ISLAND (BERKELEY) |
| State and Zip Code | SOUTH CAROLINA 29492 |
| Telephone Number | 843 619 7816 |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question       ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SEE COMPLAINT OR I CAN PROVIDE A RULE 12 RESPONSE AS DRAFTED

3

DEFENDANT'S NAME

~~Job or Title~~
(if known)

Street Address: THE BOULEVARD COMPANY

City and County: 806 JOHNNIE DODDS BLVD.

State and Zip Code: MT. PLEASANT, SC 29464

Telephone Number: BERKELEY COUNTY

843 619 7816

Defendant No. #6

Name: JKG REAL ESTATE LLC

Job or Title (if known):

Street Address: 165 KING GEORGE ST.

City and County: DANIEL ISLAND (BERKELEY)

State and Zip Code: SOUTH CAROLINA 29492

Telephone Number: 843-619-7816

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

DEFENDANT 7

~~Job or Title~~ NAME _____ KAYLA OWENS _____
(if known)
Street Address _____ 81 VINCENT DRIVE _____
City and County _____ MT. PLEASANT, (CHARLESTON) _____
State and Zip Code _____ SOUTH CAROLINA 29464 _____
Telephone Number _____ 843 571 4604 _____

Defendant No. ~~#~~ 8
Name _____ SCHWARTZ LAW _____
Job or Title
(if known)
Street Address _____ 81 VINCENT DRIVE _____
City and County _____ MT. PLEASANT (CHARLESTON) _____
State and Zip Code _____ SOUTH CAROLINA 29464 _____
Telephone Number _____ 843 571 4604 _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

3

DEFENDANT 9

Name ~~Job or Title~~ (if known): HEATHER GILBERT

Street Address: 503 BELLE HALL PKY, 101

City and County: MT. PLEASANT (CHARLESTON)

State and Zip Code: SOUTH CAROLINA 29464

Telephone Number: 843 856 9227

Defendant No. ~~9~~ 10

Name: GILBERT & BARNHILL, PA

Job or Title (if known):

Street Address: 503 BELLE HALL PKY, 101

City and County: MT. PLEASANT, SC 29464

State and Zip Code: SOUTH CAROLINA, 29464

Telephone Number: 843 856 9227

CHARLES, TON

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

DEFENDANT 1I

Name
Job or Title
(if known)                    ADAM SCHAAF
Street Address               161 KING GEORGE ST
City and County              DANIEL ISLAND BERKELEY
State and Zip Code           SOUTH CAROLINA, 29492
Telephone Number             803 201 2088

Defendant No. ~~5~~ /2

Name                         LOW COUNTRY ORTHOPEDICS &
Job or Title                 SPORTS MEDICINE LLC
(if known)
Street Address               885 ISLAND PARK DRIVE
City and County              CHARLESTON (BERKELEY)
State and Zip Code           SOUTH CAROLINA, 29492
Telephone Number             843 797 5050

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

3

DEFENDANT 13

Name: KYRA MCMILLAN

Job or Title (if known):

Street Address: 2 BELT DRIVE

City and County: MONCKS CORNER (BERKELEY)

State and Zip Code: SOUTH CAROLINA 29461

Telephone Number: 800 620 0900

Defendant No. # 14

Name: CORVEY LAW FIRM

Job or Title (if known):

Street Address: 1632 EMMETS ROAD

City and County: JOHNS ISLAND (CHARLESTON)

State and Zip Code: SOUTH CAROLINA 29455

Telephone Number: 843 625 8600

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

DEFENDANT 15

Name ~~Job or Title~~ (if known): ERNEST JARRETT
Street Address: P.O. BOX 422
City and County: KINGSTREE (WILLIAMSBURG)
State and Zip Code: SOUTH CAROLINA 29556
Telephone Number: 803 436 2371

Defendant No. # 16

Name: JACK LANDIS
Job or Title (if known):
Street Address: 1727 WATERBROOK DRIVE
City and County: CHARLESTON (CHARLESTON)
State and Zip Code: SOUTH CAROLINA, 29414
Telephone Number: 843 958 4400

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* PHILLIP HICKS, is a citizen of the State of *(name)* SOUTH CAROLINA.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* ALL OUR GIRLS LLC is incorporated under the laws of the State of *(name)* SOUTH CAROLINA and has its principal place of business in the State of *(name)* SOUTH CAROLINA

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* SEE COMPLAINT is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$7,500,000 ACTUAL PLUS TREBLE PUNITIVE

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE COMPLAINT

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ABOVE & COMPLAINT

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JAN 12, 2026

Signature of Plaintiff: Phillip Maurice Hicks
Printed Name of Plaintiff: PHILLIP MAURICE HICKS

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

6